IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
MAR 27 2023
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | |
|---|---|
| THE MANUFACTURED HOUSING INSTITUTE AND THE TEXAS MANUFACTURED HOUSING ASSOCIATION,<br>　　　　PLAINTIFFS,<br><br>V.<br><br>THE UNITED STATES DEPARTMENT OF ENERGY AND JENNIFER GRANHOLM, IN HER OFFICIAL CAPACITY,<br>　　　　DEFENDANTS. | §§§§§§§§§§§§§<br><br>CAUSE NO. 1:23-CV-174-LY |

## ORDER

**IT IS ORDERED** that the above-referenced cause is **SET** for a telephonic status conference on **Tuesday, March 28, 2023, at 10:30 a.m.** The parties are to call the court's telephone conference line at (877) 873-8017; Access Code: 7996289. Please contact Chambers at (512) 916-5756 if you have any questions.

SIGNED this _27th_ day of March, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE