IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE MANUFACTURED HOUSING INSTITUTE; and THE TEXAS MANUFACTURED HOUSING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF ENERGY; and JENNIFER M. GRANHOLM,<br><br>Defendants. | No. 1:23-CV-00174-DAE |

## ORDER

On this day the Court considered Defendants' Unopposed Motion to Stay Answer Deadline ("Motion"). After reviewing the file in the present case, and for the reasons set forth in the Motion, the Court finds that such Motion should be and is hereby **GRANTED**. Therefore,

**IT IS ORDERED** that the deadline for Defendants to Answer or otherwise respond to Plaintiffs' Complaint is **STAYED** pending further Order of this Court.

SIGNED this 13th day of April, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE