IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE MANUFACTURED HOUSING INSTITUTE; and THE TEXAS MANUFACTURED HOUSING ASSOCIATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES DEPARTMENT OF ENERGY; and JENNIFER M. GRANHOLM,<br><br>    Defendants. | No. 1:23-CV-00174-DAE |

**ORDER**

On May 19, 2023, Defendants informed the Court of the new compliance date of July 1, 2025.  (Dkt. # 40.)  Given this new deadline, it now appears to the Court that there is no need for an expedited hearing on the Motion to Stay.  Unless the parties provide a strong argument to the contrary, it is the Court's intent to moot the Motion to Stay without prejudice to refiling.  The parties should confer and submit a joint advisory regarding further proceedings **on or before June 16, 2023.**

SIGNED this 22nd day of May, 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE