IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE MANUFACTURED HOUSING INSTITUTE; and THE TEXAS MANUFACTURED HOUSING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF ENERGY; and JENNIFER M. GRANHOLM,<br><br>Defendants. | No. 1:23-CV-00174-DAE |

**ORDER**

On this day the Court considered the parties' Joint Advisory dated July 7, 2023. Given the parties' representation that their discussions regarding further proceedings remain ongoing, **IT IS ORDERED** that the parties shall submit a joint advisory to update the Court on the progress of those discussions **on or before July 14, 2023**.

SIGNED this 10th day of July 2023.

_____
DAVID A. EZRA
SENIOR U.S. DISTRICT JUDGE