# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **THE MANUFACTURED HOUSING INSTITUTE and THE TEXAS MANUFACTURED HOUSING ASSOCIATION,** *Plaintiffs* <br><br> v. <br><br> **THE UNITED STATES DEPARTMENT OF ENERGY and JENNIFER M. GRANHOLM,** *Defendants* | **Case No. 1:23-CV-00174-DAE** |

## O R D E R

Before the Court is the parties' Joint Motion for Entry of Scheduling Order, filed May 16, 2024 (Dkt. 60). By Text Order entered May 21, 2024, the District Court referred the motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

The Court **ORDERS** that Plaintiffs and Defendants each shall submit a brief of **no more than five pages** supporting their proposal to set or omit a discovery deadline **on or before June 5, 2024**. The parties shall have until **June 12, 2024** to file a response brief, also **no more than five pages in length**, if they so choose. If necessary, the Court will set a hearing on the motion after the briefing deadlines have passed.

**SIGNED** on May 22, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1