IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

THE MANUFACTURED HOUSING     §    NO. 1:23-cv-174-DAE
INSTITUTE; and THE TEXAS      §
MANUFACTURED HOUSING         §
ASSOCIATION,                 §
                             §
        *Plaintiffs*,        §
                             §
vs.                          §
                             §
THE UNITED STATES            §
DEPARTMENT OF ENERGY; and    §
CHRIS WRIGHT, Secretary of the §
United States Department of Energy in §
his official capacity only,  §
                             §
        *Defendants*,        §

ORDER FOR STATUS REPORT

Before the Court is the status of the above-captioned case. On May 28, 2025, the Court held a status conference and orally denied all motions pending before the Court, subject to refiling. (See Dkts. ## 101, 103.) On June 30, 2025, the Court granted Plaintiffs' Emergency Motion for Temporary Restraining Order. (Dkts. ## 104, 105.) As indicated by Defendants' Notice of Publication, the Final Rule setting energy standards for manufactured housing at issue in the above-captioned case was published as of July 2, 2025, and the temporary restraining order expired on its own terms. (See Dkt. # 106.) However, the only activity in this case since Defendants' Notice of Publication has been a Motion to Withdraw

as Attorney, filed on September 5, 2025.  (Dkt. # 107.)  Otherwise, the case has remained inactive with no further motions or filings.

Accordingly, the Court **ORDERS** that the parties **jointly file a status report to apprise the Court of how they intend to proceed on or before April 18, 2026.**

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, March 18, 2026.

_____
David Alan Ezra
Senior United States District Judge