**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| THE MANUFACTURED HOUSING INSTITUTE; and THE TEXAS MANUFACTURED HOUSING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF ENERGY; and CHRIS WRIGHT,<br><br>Defendants. | No. 1:23-CV-00174-DAE |

**JOINT STATUS REPORT**

Pursuant to the Parties' Joint Status Report dated September 18, 2026 (Dkt. No. 112), Plaintiffs, the Manufactured Housing Institute and the Texas Manufactured Housing Association ("Plaintiffs"), and Defendants, the United States Department of Energy ("DOE") and Chris Wright, Secretary of Energy (with DOE, "Defendants"), by and through their undersigned counsel (collectively, the "Parties"), respectfully submit this further Joint Status Report to apprise the Court of the status of the Parties' discussions in light of recent developments relating to the final rule that is the subject of this litigation. *See* Dkt. No. 112 ¶ 5; *see also Energy Conservation Program: Energy Conservation Standards for Manufactured Housing*, Final Rule, 87 Fed. Reg. 32,728 (May 31, 2022) ("Standards Rule"). The Parties report the following:

1. As reported in the Parties' Joint Status Report dated September 18, 2026, Congress enacted the 21st Century ROAD to Housing Act, H.R. 6644, 119th Cong. (the "ROAD Act"). *See*

Dkt. No. 112 ¶ 1. After the President did not return the bill, the ROAD Act became law on July 11, 2026. Pub. L. 119-101, 140 Stat. 846.

2. Section 301(d) of the ROAD Act provides in relevant part:

> (2) Energy efficiency standards.—
>
> (A) Manufactured home defined.—In this paragraph, the term "manufactured home" has the meaning given the term in section 603 of the National Manufactured Housing Construction and Safety Standards Act of 1974 (42 U.S.C. 5402), as amended by this Act.
>
> (B) Process.—No energy efficiency standards for manufactured homes developed by any Federal agency shall have legal effect unless and until adopted by the Department of Housing and Urban Development pursuant to the consensus standards and regulatory development process described in section 604(a)(2) of the National Manufactured Housing Construction and Safety Standards Act of 1974 (42 U.S.C. 5403(a)(2)).
>
> (C) Minimum standards.—The Secretary of Housing and Urban Development shall—
>
> (i) not later than 1 year after the date of enactment of this Act, adopt minimum energy efficiency standards for manufactured homes; and
>
> (ii) not less frequently than once every 3 years after adopting the standards under clause (i), update those standards.

Pub. L. 119-101.

3. Since the parties' last report, DOE submits HUD has not taken any public action to propose adoption of any energy efficiency standards for manufactured housing in accordance with the ROAD Act.

4. On December 26, 2023, DOE proposed procedures for enforcing the Standards Rule. 88 Fed. Reg. 88,844 (Dec. 26, 2023). Those procedures have not been finalized or withdrawn. Nor has the Standards Rule been withdrawn or rescinded. DOE notes that the agency published two final rules extending the Standards Rule compliance date in 2023 and 2025 respectively. *See* Joint Status Report, ECF No. 109 (citing *Energy Conservation Programs:*

*Energy Conservation Standards for Manufactured Housing; Extension of Compliance Date*, Final Rule, 88 Fed. Reg. 34,411 (May 30, 2023); *Energy Conservation Standards for Manufactured Housing*, Final Rule, 90 Fed. Fed. 28,873 (July 2, 2025).

5. It continues to be DOE's position, however, that under section 301(d)(2)(B) of the ROAD Act, DOE's Standards Rule does not have legal effect. Accordingly, On September 16, 2026, DOE signed a notice acknowledging the enactment of the ROAD Act, and stating, "it is DOE's position that the final rule published in the Federal Register on May 31, 2022, establishing energy conservation standards for manufactured housing has no legal effect pursuant to section 301(d)(2)(B) of the ROAD Act." *Energy Conservation Program: Energy Conservation Standards for Manufactured Housing*, Notification of Legal Effect, 91 Fed. Reg. 59,048 (Sept. 18, 2026). This notice further states that "DOE will not enforce its energy conservation standards for manufactured housing as they have no legal effect under the ROAD Act." This notice is also posted on DOE's website at https://www.energy.gov/cmei/buildings/manufactured-housing.

6. The Parties continue to discuss the ROAD Act's impact on next steps in this civil action. Accordingly, the Parties respectfully request that they be permitted to submit a further Joint Status Report by January 29, 2027. In that report, the Parties will identify any intervening public action by HUD and/or DOE and present their joint or separate proposals for further proceedings. The proposed date accounts for the upcoming holidays and the fact that undersigned counsel for Defendants is scheduled to be in trial in the United States District Court for the District of Columbia beginning January 4, 2027. *See* Minute Entry (Jun. 30, 2026), *Talbott v. United States*, No. 1:25-cv-00240-ACR (D.D.C.). Each party reserves its position on the effect of the ROAD Act.

Dated: November 18, 2026

JONATHAN D. GUYNN
Acting Assistant Attorney General

JOSEPH BORSON
Assistant Director
Federal Programs Branch

/s/ *Kristina A. Wolfe*
KRISTINA A. WOLFE (VA Bar No. 71570)
Assistant Director
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Ben Franklin Station
Washington, DC 20044
Tel: (202) 353-4519; Fax: (202) 616-8470
Email: Kristina.Wolfe@usdoj.gov

/s/ *James C. Lester*
Carlos R. Soltero
State Bar of Texas No. 00791702
csoltero@maynardnexsen.com
Gregory P. Sapire
State Bar of Texas No. 00791601
gsapire@maynardnexsen.com
MAYNARD NEXSEN, P.C.
2500 Bee Caves Road
Building 1, Suite 150 Austin, TX 78746
(737) 202-4873 – Telephone
(512) 359-5776 – Facsimile

Thomas W. Thagard (*pro hac vice*)
tthagard@maynardnexsen.com
James C. Lester (*pro hac vice*)
jlester@maynardnexsen.com
MAYNARD NEXSEN, P.C.
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 35203
(205) 254-1000 – Telephone

Scott Simpson (*pro hac vice*)
wsimpson@smgblawyers.com
Daniel S. Weber (*pro hac vice* to be filed)
dsweber@smgblawyers.com
SIMPSON, MCMAHAN, GLICK & BURFORD, PLLC
100 Concourse Parkway

Suite 310 West Tower
Hoover, AL 35244
(205) 876-1600 – Telephone

*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

On November 18, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Kristina A. Wolfe*